IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LYTRONE DAVIS                                                                               PETITIONER
ADC #127492

V.                                         NO. 5:05CV00258 SWW

LARRY NORRIS, Director,                                                                     RESPONDENT
Arkansas Department of Correction

## ORDER

Lytrone Dajuan Davis, an Arkansas Department of Correction inmate, brings this 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #1) challenging three December 2002 convictions from Pulaski County Circuit Court. A review of this Court's records shows that the petition is identical, except for date changes, to the 28 U.S.C. § 2254 petition filed by Petitioner in another pending case, Davis v. Norris, No. 5:05CV00152 SWW/JWC.

This petition is, therefore, dismissed as duplicative.

IT IS SO ORDERED this 19th day of September, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE